Case 7:07-cv-08441-KMK-LMS    Document 2    Filed 10/10/2007    Page 1 of 5

Page - 2 -
Re: Torres v. Town of Wallkill et al. (07-CV-8441)
Date: October 9, 2007

Per the procedural federal removal statute cited as 28 USC 1446(b), a party seeking removal of an action from State to Federal Court must take removal action within thirty days of the service of the initial pleading in the action. Here, the defendants Notice of Removal was filed with this Court on September 28, 2007 and the initial pleadings were served in this action on July 31, 2007. As such, the Notice of removal is untimely in that the removal of the action occurred twenty-nine days beyond the thirty day period afforded under the removal statute. LaFarge Coppee v. Venezolana De Cementos, S.A.C.A., 31 F.3d 70 (2d Cir. 1994); In Re NASDAQ Market Makers Antitrust Litigation, 929 F. Supp. 174, (S.D.N.Y. 1996); St. Vincent's Hospital of Staten Island v. Antoinette Taylor, 2007 U.S. Dist. LEXIS 58526 (E.D.N.Y. 2007); Codapro Corp. V. Robert C Wilson et al., 997 F. Supp. 322, 1998 U.S. Dist. LEXIS 2141 (E.D.N.Y. 1998); State of New York v. Lutheran Center for the Aging, Inc., 957 F. Supp. 393, 1997 WL 80019 (E.D.N.Y. 1997).

It is also brought to the Court's attention that a motion seeking leave to file a late notice of claim was filed with the State Court in July 2007. The motion remains pending in the State Court in light of defendants untimely removal of the case to Federal Court. In light of all of the above, it is respectfully requested that permission be granted for the filing of a motion to remand this matter to State Court pursuant to 28 USC § 1447. Thank you for your consideration in this matter.

Very truly yours,

*Erika L. Hartley*

Erika L. Hartley, Esq.


Enclosures:    Notice of Claim
               Summons with Notice with receipt for filing
               Affidavits of Service


cc:    Miranda Sokoloff Sambursky Slone Vernveniotis LLP
       570 Taxter Road, Suite 561
       Elmsford, New York 10523

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE

---

LUIS TORRES, JR.,

           Plaintiff,

-against-

TOWN OF WALLKILL, P.O. DENNIS ROLON, P.O. HUGO BOSS and JOHN DOE POLICE OFFICERS 1-2,

           Defendants.

---

Index No. 2007 5882

**SUMMONS WITH NOTICE**

Filed With the Court on
7-2-07
Plaintiff designates Orange County as the place for trial and venue is based upon defendant's residence.

**TO THE ABOVE NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to and to serve a copy of your answer, or if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff Attorney(s) within twenty (20) days after service of this summons exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in the case of your failure to appear, judgment will be taken against you by default for the relief demanded in the complaint.

**PLEASE TAKE FURTHER NOTICE** that the nature of the action, and the relief sought, is to recover monetary damages for plaintiff's unlawful false arrest, malicious prosecution, civil rights violations, ADA violations, assault, battery, negligence, negligent hiring

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE

ATTORNEY: HARTLEY
FF/INDEX #: 5882-07
DATE FILED: 7/2/07
DOCKET #:

LUIS TORRES, JR.

Plaintiff(s)/Petitioner(s)

- AGAINST -

TOWN OF WALLKILL, P.O. DENNIS ROLON, P.O. HUGO BOSS AND JOHN DOE POLICE OFFICERS 1-2

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 7/31/07 at 2:20 PM at TOWN OF WALLKILL POLICE DEPT, 99 TOWER DRIVE, BUILDING B, MIDDLETOWN, NEW YORK 10941

Deponent served the within SUMMONS WITH NOTICE WITH INDEX # AND DATE OF FILING ENDORSED THEREON

on P.O. HUGO BOSS MORE CORRECTLY KNOWN AS KELLY BOSS                                                                       therein named

**SUITABLE AGE** ☑ By delivering a true copy thereof to and leaving with MARY OLSEN, CO-WORKER a person of suitable age and discretion, the said premises being the defendants - respondents

☐ dwelling place    ☑ place of business    ☐ last known address    within the State of New York

☐ AND AT THE SAME TIME PAYING IN ADVANCE                        THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

FEMALE, WHITE SKIN, BROWN HAIR, 60-70 YRS., 5'3"-5'6", 125-135 LBS.

Other identifying features:

GLASSES

**MAILING** ☑ Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: 8/1/07

☐ at his last known residence    ☑ at his place of business    ☐ at his last known address

Address confirmed by:

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 8/1/07

Joseph Sherlock

...URT | THE STATE OF NEW YORK | AFFIDAVIT OF SERV...
...ORANGE
...ORRES, JR.

FF/INDEX #: 5882-07
DATE FILED: 7/2/07
DOCKET #:

Plaintiff(s)/Petitioners(s)

- AGAINST -

...WN OF WALLKILL, P.O. DENNIS ROLON, P.O. HUGO BOSS AND JOHN DOE
...LICE OFFICERS 1-2

COURT D/T:
AMOUNT:

Defendants(s)/Respondent(s)

...TATE OF NEW YORK COUNTY OF ORANGE ss:

...E UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER
...E AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

at on 7/31/07       at 2:30 PM       at 99 TOWER DRIVE, BUILDING A
                                         MIDDLETOWN, NEW YORK 10941

ponent served the within   SUMMONS WITH NOTICE WITH INDEX # AND DATE OF FILING ENDORSED THEREON

TOWN OF WALLKILL                                                                                                       therein name...

...RPORATION   ☑ By delivering to and leaving with   LOUISA M. INGRASSIA               and that he knew the perso...
                 so served to be the   TOWN CLERK                        of the corporation, and authorized to accept service.

              ☐ AND AT THE SAME TIME PAYING IN ADVANCE                    THE AUTHORIZED FEE

...ESCRIPTION    Deponent describes the individual served as follows:
                FEMALE, WHITE SKIN, RED/BROWN HAIR, 35-45 YRS., 5'3"-5'5", OVER 300 LBS.
                Other Identifying features:
                GLASSES

Sworn to before me on:   8/1/07

OF ORANGE
TORRES, JR.

ATTORNEY: HARTLEY
FF/INDEX #: 5882-07
DATE FILED: 7/2/07
DOCKET #:

Plaintiff(s)/Petitioners(s)

- AGAINST -

TOWN OF WALLKILL, P.O. DENNIS ROLON, P.O. HUGO BOSS AND JOHN DOE POLICE OFFICERS 1-2

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 7/31/07 at 2:20 PM at TOWN OF WALLKILL POLICE DEPT. 99 TOWER DRIVE, BUILDING B, MIDDLETOWN, NEW YORK 10941

deponent served the within SUMMONS WITH NOTICE WITH INDEX # AND DATE OF FILING ENDORSED THEREON

on P.O. DENNIS ROLON therein nam

**SUITABLE AGE** [✓] By delivering a true copy thereof to and leaving with MARY OLSEN, CO-WORKER a person of suitable age and discretion, the said premises being the defendants - respondents

[ ] dwelling place   [✓] place of business   [ ] last known address   within the State of New York

[ ] AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

FEMALE, WHITE SKIN, BROWN HAIR, 60-70 YRS., 5'3"-5'6", 125-135 LBS.

Other identifying features:

GLASSES

**MAILING** [✓] Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: 8/1/07

[ ] at his last known residence   [✓] at his place of business   [ ] at his last known address

Address confirmed by:

**MILITARY SERVICE** [✓] I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 8/1/07

*Joseph Sherlock*

JOSEPH SHERLOCK