USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORRES, JR.,

                              Plaintiff,

        -v-                                                07-CV-8441(KMK)

THE TOWN OF WALLKILL,                                      MOTION SCHEDULING ORDER
                                                          ECF Case
                              Defendant.

**KARAS, U.S.D.J.**

        At the Pre-Motion Conference before the Court held on December 5, 2007, the Court
adopted the following scheduling order:

        Plaintiff's motion to remand shall be served upon opposing counsel not later than
        December 21, 2007.

        Defendant's opposition papers are to be served upon opposing counsel not later than
        January 11, 2008.

        Reply papers are to be served upon opposing counsel not later than January 22, 2008.

        Sur-reply papers shall not be accepted or filed unless prior permission of the Court is
        given.

        Counsel are reminded that there is a strict page limit, which will only be extended in
        extreme circumstances.

        Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable
        statute are hereby stayed until the date the motion is due.

        The movant shall electronically file their motion and reply papers with the Clerk only
        when the entire motion is fully briefed.  The respondent shall electronically file
        opposition papers only when advised by the movant that their papers are being filed.
        Courtesy copies are to be served on the opposing party by the assigned date.  Two
        courtesy copies of all papers also shall be sent to this Court at the time they are served
        upon opposing counsel.

If oral argument is requested, it may be scheduled by the Court.  Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:        White Plains, New York
              December ___5___, 2007

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE

2