# LAW OFFICE OF ERIKA L. HARTLEY

238 Covert Street, Suite 2
Brooklyn, New York 11207
Office & Fax (866) 478-3324

December 13, 2007

**ELECTRONICALLY FILED**
Hon. Kenneth M. Karas
United States District Court
Southern District Court of New York
308 Quarropas Street
White Plains, New York 10601-4150

Re:   Torres v. Town of Wallkill et al.
Civil Docket No.: 07-CV-8441

Dear Hon. Karas:

This letter is being forwarded as a follow up to the pre-motion conference on December 5, 2007. I have recently spoken with my client and he is agreeable to this matter remaining in Federal Court. Thus, the application for the motion to remand this matter to State Court is withdrawn.

In light of the above, it is respectfully requested that this matter be scheduled for a discovery conference. Thank you for your attention to this matter

Very truly yours,

Erika L. Hartley, Esq.


cc:   Miranda Sokoloff Sambursky Slone Vernveniotis LLP
      570 Taxter Road, Suite 561
      Elmsford, New York 10523
      Attention: Michael V. Longo, Esq.