UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Luis Torres, Jr.,

                Plaintiff(s),                    07 Civ. 8441 (KMK)(MDF)

   -against-

The Town of Wallkill,                              CALENDAR NOTICE

                Defendant(s).

------------------------------------------------------X

    Please take notice that the above captioned matter has been scheduled for:

√ Pre-trial Conference      ___ Status Conference      ___ Oral argument
___ Settlement conference    ___ Plea Hearing           ___ Suppression hearing
___ Rule (16) conference     ___ Final pre-trial conference
___ Telephone Conference   ___ Jury Selection and Trial
___ Non-Jury Trial            ___ Inquest

**before the Honorable Kenneth M. Karas, United States District Judge, on Friday, February 1, 2008 at 11:15 a.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: January 7, 2008
       White Plains, New York

                                                        So Ordered

                                                 Kenneth M. Karas, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____