UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Luis Torres, Jr.,

     Plaintiff(s),        07 Civ. 8441 (KMK) (LMS)

-against-             ORDER OF REFERENCE
                 TO A MAGISTRATE JUDGE

The Town of Wallkill, et al.,

     Defendant(s).

------------------------------------------------------X

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

✓  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_  Specific Non-Dispositive Motion/Dispute:*

\_\_\_  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

   Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_  Habeas Corpus

\_\_\_  Social Security

\_\_\_  Settlement*

\_\_\_  Dispositive Motion (i.e., motion requiring a Report and Recommendation

\_\_\_  Inquest After Default/Damages Hearing

Particular Motion:_____

All such motions:_____

---

* Do not check if already assigned for general pretrial.

Dated: February 1, 2008

SO ORDERED

Hon. Kenneth M. Karas
United States District Judge

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____             │
│ DATE FILED: _____        │
└─────────────────────────────┘
```