**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                February 5, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV8441(KMK)(LMS)

Erika Louise Hartley
Law Office of Erika L. Hartley
238 Covert Street, Suite 2
Brooklyn, NY 11207

FEB - 5 2008

Michael Vito Longo
Miranda Sokoloff Sambursky Slone Verveniotis
570 Taxter Road   Suite 561
Elmsford, NY 10523

The matter of     **TORRES-V-WALLKILL**     has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **February 15, 2008** at 10:00AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
                              Hon. Lisa Margaret Smith
                              U.S.M.J.

ELECTRONICALLY FILED