**LAW OFFICE OF ERIKA L. HARTLEY**
238 Covert Street, Suite 2
Brooklyn, New York 11207
Office & Fax (866) 478-3324

February 11, 2008

**ELECTRONICALLY FILED**
Hon. Lisa Margaret Smith
United States District Court
Southern District Court of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   Torres v. Town of Wallkill et al.
Civil Docket No.: 07-CV-8441   (KMK) (LMS)

Dear Justice Smith:

I write this letter in order to request an adjournment of the Court conference scheduled in the above referenced matter on February 15, 2008. The adjournment is requested as I have several conflicts on the date selected by the Court. I have conferred with Michael Longo, Esq., counsel for defendants. He has consented to adjourning this matter. We propose three dates for the rescheduling of the Court conference. The dates include February 19, 26 and 29, 2008.

If the above dates are not convenient for the Court, we will work with the Court to select a new conference date. Thank you for your attention to this matter.

Very truly yours,

*/s/ Erika L. Hartley*
Erika L. Hartley, Esq.

cc:   Miranda Sokoloff Sambursky Slone Verveniotis LLP
      570 Taxter Road, Suite 561
      Elmsford, New York 10573
      Attention: Michael Longo, Esq.