# MSSSV

# MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG
—

TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
COUNSEL

WRITER'S E-MAIL:
MLONGO@MSSSV.COM

570 TAXTER ROAD
SUITE 561
ELMSFORD, NEW YORK 10523
TEL   (914) 345-6510
FAX   (914) 345-6514

WWW.MSSSV.COM

MAIN OFFICE:
MINEOLA, NY

BRANCH OFFICES:
NEW YORK, NY
FANWOOD, NJ

GABRIELLA CAMPIGLIA
TODD HELLMAN
KIERA J. MEEHAN
MARIA THOMAS
NANCY R. SCHEMBRI°◊
MICHAEL V. LONGO°
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
JONATHAN B. ISAACSON*
ANNE K. ZANGOS
KELLY C. HOBEL*
NIR M. GADON
STEPHEN J. ROMANO*

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
°RESIDENT IN WESTCHESTER

September 3, 2008

**Electronically Filed**
Hon. Lisa Margaret Smith
United States District Court
Southern District of New York
308 Quarropas Street
White Plains, New York 10601-4150

Re:        Torres v. Town of Wallkill et al
Docket No.:   07-CV-8441 (KMK)(LMS)

Dear Judge Smith:

This letter is submitted to inform your Honor that the above captioned matter has been settled for the sum of $40,000.

As such, the parties are not planning to appear for the scheduled conference this Friday, September 5, 2008 at 11:30 a.m. Should the Court require our appearance, please advise us.

It has been a pleasure working with your Honor on this matter, and we thank you for your assistance in facilitating settlement.

If you require anything else, please feel free to contact us.

Respectfully yours,
MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

Michael V. Longo

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

**SEPTEMBER 3, 2008**
**PAGE 2 OF 2**

Cc:    Via facsimile (866) 478-3324
       Law office of Erika Hartley
       Attorney for Plaintiff
       238 Covert Street, Suite 2
       Brooklyn, New York 11207